DISPOSITION OF PETITIONS FOR DISCRETIONARY REVIEW UNDER G.S. 7A-31
22 JANUARY 2015

| 475P14 | State v. Reginald U. Fullard | 1. Def's *Pro Se* PWC to Review Order of Superior Court of Forsyth County<br><br>2. Def's *Pro Se* Motion to Proceed *In Forma Pauperis*<br><br>3. Def's *Pro Se* Motion to Appoint Counsel | 1. Dismissed<br><br>2. Allowed<br><br>3. Dismissed as moot |
|---|---|---|---|
| 477P14 | The Times News Publishing Company, d/b/a Times-News v. The Alamance-Burlington Board of Education, d/b/a Alamance-Burlington Schools or The Alamance-Burlington School System; and Dr. William Harrison, in his capacity as Interim Superintendent of Alamance-Burlington School System | 1. Plaintiff's Motion for Petition for Expedited Review<br><br>2. Plaintiff's PWC to Review Order of COA (COAP14-1011) | 1. Special Order<br><br>2. Special Order |
| 501PA12 | State v. Grice | Def's Motion to Strike Portions of State's New Brief | Dismissed as moot<br><br>**Ervin, J., recused** |
| 514P13-3 | State v. Raymond Dakim Harris Joiner | 1. Def's *Pro Se* Motion for First Amendment Redress *Ex Parte* Show Cause Reply (COA14-645)<br><br>2. Def's *Pro Se* Motion for Emergency Petition for Declaratory Judgment | 1. Dismissed<br><br>2. Dismissed |
| 532P09-5 | State v. David Louis Richardson | 1. Def's *Pro Se* PWC to Review Order of Superior Court of Pitt County<br><br>2. Def's *Pro Se* Motion for Clerk to File Exhibits with Supreme Court<br><br>3. Def's *Pro Se* Motion to Proceed *In Forma Pauperis*<br><br>4. Def's *Pro Se* Motion to Appoint Counsel | 1. Dismissed<br><br>2. Dismissed as moot<br><br>3. Allowed<br><br>4. Dismissed as moot |